**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**J. JESUS JUANILLO RUIZ,**

**Petitioner,**

**vs.** **Case No. 4:26cv419-MCR-MAF**

**U.S. DEPARTMENT OF HOMELAND SECURITY SECRETARY MARKWAYNE MULLIN, et al.,**

**Respondents.**
________________________________/

# O R D E R

The Magistrate Judge issued a Report and Recommendation on September 29, 2026. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted and the petition **GRANTED**.

Accordingly, it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, is **GRANTED**.

3. Respondents must either provide Petitioner with an individualized bond hearing pursuant to § 1226(a) before an Immigration Judge within seven (7) days or in the alternative, release him.

3. The Clerk of Court is directed to enter judgment and close the file.

**DONE AND ORDERED** this 18th day of November 2026.

*M. Casey Rodgers*

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE